STANLEY J. KARTCHNER
Chapter 7 Trustee
7090 N. Oracle Rd. #178-204
Tucson, AZ 85704
Telephone: (520) 742-1210

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re: )
) Chapter 7 Proceedings
GLADYS A. JUAREZ )
) CASE NO. 4-16-bk-05732-SHG
)
) **APPLICATION FOR PAYMENT OF**
Debtor(s) ) **UNCLAIMED FUNDS TO THE U.S.**
) **BANKRUPTCY COURT**
)

Stanley J. Kartchner, Trustee, reports that the following surplus funds check has been issued to the Debtor and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Debtor's Name and Address | Amount Allowed | Amount Paid |
|---|---|---|
| Gladys A. Juarez<br>1145 E 11TH Street<br>Casa Grande, AZ 85122 | $4,593.21 | $4,593.21 |

    4/26/21                                          /s/ SJK
      Date                                     Stanley J. Kartchner, Trustee